JODI LINKER
Federal Public Defender
KARTHIK RAJU
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:	415.436.7700
Facsimile:	415.436.7706
Karthik_Raju@fd.org

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 21-218 CRB |
|---|---|
| Plaintiff, | [PROPOSED] ORDER OF RELEASE |
| v. | |
| MELTHON BRANCH, | |
| Defendant. | |

Defendant MELTHON BRANCH is hereby **ORDERED RELEAED RELEASED from the custody of the U.S. Marshals Service FORTHWITH**.

In court this morning, Probation and the government conveyed their agreement to Mr. Branch's release under the conditions stated. Specifically, Mr. Branch will be released from Santa Rita Jail today and reside with his father at the address stated on the record. Further, Mr. Branch will report to Probation tomorrow morning to pick-up his phone. The Court's verbal admonishments are also incorporated by reference herein.

IT IS SO ORDERED.

Date  October 31, 2024

_____
Hon. Peter H. Kang
United States Magistrate Judge