JODI LINKER, Bar No. 230273
Federal Public Defender
Northern District of California
CANDIS MITCHELL, Bar No. 242797
Assistant Federal Public Defender
19th Floor Federal Building - Box 36106
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:  (415) 436-7700
Facsimile:   (415) 436-7706
Email:        Candis_Mitchell@fd.org

Counsel for Defendant Branch

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| **United States of America,** | **Case No.:** CR 21–218 CRB (LJC) |
| Plaintiff, | **Stipulated Order Continuing Hearing** |
| v. | |
| **Melthon Branch,** | |
| Defendant. | |

The above-entitled matter is currently scheduled for detention hearing and preliminary hearing. Counsel for the defendant represents in this stipulated order that counsel is unavailable for that appearance to appear in San Francisco. The defense accordingly requests that the matter be continued until Thursday, March 19, 2026.

The government and probation have no objection to this proposed continuance.

Therefore, for good cause shown the hearing currently scheduled on March 16, 2026, shall be vacated. The matter shall be continued until March 19, 2026.

//

STIP. ORD. CONTINUING HEARING
*BRANCH*, CR 21–218 CRB (LJC)

IT IS SO STIPULATED.

<u>March 13, 2026</u>
Dated

CRAIG H. MISSAKIAN
United States Attorney
Northern District of California

_____/S_____
ALEXIS JAMES
Assistant United States Attorney

<u>March 13, 2026</u>
Dated

JODI LINKER
Federal Public Defender
Northern District of California

_____/S_____
CANDIS MITCHELL
Assistant Federal Public Defender

IT IS SO ORDERED.
    March 16, 2026

_____          _____
    Dated                        HON. LISA J. CISNEROS
                                 United States Magistrate Judge